IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

v.                                                      Case No. 1:23-cv-00848-KG-LF

PUBLIC SERVICE COMPANY OF NEW MEXICO
and
PNMR SERVICES COMPANY,

Defendants.

## JOINT MOTION FOR ENTRY OF CONSENT DECREE

The Parties, through their respective counsel jointly move for entry of the Consent Decree, filed as Attachment 1 to this motion, and for administrative closure subject to the terms of the Consent Decree. The Consent Decree will be submitted electronically on this September 29, 2023 to the Honorable Kenneth Gonzales for approval. The Parties stipulate that this Consent Decree is fair, reasonable, and equitable, and does not violate the law or public policy. All parties have agreed to electronic signatures where necessary.

As grounds for this motion, the Parties state as follows:

1. The Consent Decree was achieved after negotiations between the Parties and has been signed by all Parties and their counsel.

2. The Parties believe that all issues, claims and potential claims in this case are resolved by the Consent Decree, including all claims for monetary, injunctive, and equitable relief of the charging parties named in the Complaint, any alleged aggrieved individuals and the Equal Employment Opportunity Commission.

3. The Parties stipulate that this Consent Decree is fair, reasonable, and equitable; and does not violate the public interest.

4. Each Party shall bear its own attorneys' fees and costs.

5. Upon entry of the Consent Decree as an Order of the Court, the Parties request an administrative closure of this case pursuant to Fed. R. Civ. P. 41(a)(2) which includes the parties request for this Court to retain jurisdiction over the case during the two-year term of the Consent Decree, subject to a Party's request to reopen if an issue of noncompliance is raised regarding the terms of the Consent Decree.

6. Upon conclusion of the two-year term of the Consent Decree, and if no compliance issue is pending before the Court, the case will automatically be dismissed with prejudice.

WHEREFORE, the Parties respectfully request that the Court sign and enter the Consent Decree, filed concurrently herewith, and administratively close the case subject to the terms of the Consent Decree.

Respectfully submitted this __29___ day of September 2023,

| | |
|---|---|
| *s/ Jeff A. Lee*_____ | *s/ John K. Ziegler*_____ |
| Jeff A. Lee | (*Signed with written consent of defense counsel*) |
| | John K. Ziegler |
| Christina Vigil Frazier | Jacqueline M. Woodcock |
| Lucia Moran | Conklin, Woodcock & Ziegler, P.C |
| Equal Employment Opportunity Commission | 320 Gold Ave. SW; Suite 800 |
| Albuquerque Area Office | Albuquerque, NM 87102 |
| 500 Gold Ave SW, Suite 6401 | jkz@conklinfirm.com |
| Albuquerque, NM 87103 | |
| jeff.lee@eeoc.gov | |
| | |
| Counsel for Plaintiff | Counsel for Defendant |