IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

v.                                                                    Case No. 1:23-cv-00848-KG-LF

PUBLIC SERVICE COMPANY OF NEW MEXICO
and
PNMR SERVICES COMPANY,

Defendants.

### ORDER GRANTING JOINT MOTION FOR ENTRY OF CONSENT DECREE

This matter having come before the Court upon Plaintiffs Equal Employment Opportunity Commission, by and through their counsel of record, Jeff Lee, Christina Vigil Frazier and Lucia Moran and Defendants, Public Service Company of New Mexico and PNMR, by and through their counsel of record, John K. Ziegler and Jacqueline M. Woodcock of Conklin, Woodcock & Ziegler joint motion to settle the case through an agreed consent decree.

The Parties, through their respective counsel jointly moved for entry of the Consent Decree, filed as Attachment 1 to their joint motion, and for administrative closure subject to the terms of the Consent Decree.

The Court having reviewed the pleadings and being advised of the premises therefore FINDS that the motion should be granted, and the consent decree entered in this case.

SO ORDERED THIS 3rd DAY OF October, 2023.

_____
UNITED STATES DISTRICT JUDGE